IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>18) ALEJANDRO GUILBES NIEVES, a/k/a "Jayu/Jayuyita" (Counts ONE through FIVE)<br>Defendant | CRIMINAL 17-0426-18CCC |

**ORDER**

Having considered the Report and Recommendation filed on August 22, 2019 (**d.e. 675**) on a Rule 11 proceeding of defendant [18] Alejandro Guilbes Nieves before U.S. Magistrate-Judge Camille L. Vélez Rivé on August 19, 2019, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 19, 2019. The **sentencing hearing is set for NOVEMBER 21, 2019 at 2:15 PM**.

The U.S. Probation Officer is reminded that, should any objections be raised by defendant to the PreSentence Report, the Addendum to said PreSentence Report must specifically identify any unresolved objections, the grounds for the objections, and the U.S. Probation Officer's comments on

CRIMINAL 17-0426-18CCC        2

them, as required by Fed. R. Crim. P. 32(g).  The party that raised the unresolved objections shall, **within twenty-four (24) hours** after the Addendum is disclosed, state in writing whether it will insist that the unresolved objections be ruled upon by the Court.  Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

SO ORDERED.

At San Juan, Puerto Rico, on October 23, 2019.

                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge